FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 18 2006 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ZYPREXA<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1596 |
| THIS DOCUMENT RELATES TO:<br><br>*Frank Russell LePon v. Eli Lilly & Co.* | EDNY # 1:06-CV-01764-JBW<br><br>1:06-cv-318-SEB-VSS |

## STIPULATION OF DISMISSAL

NOW, on this 31 day of July, 2006, it is hereby STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that Plaintiff Frank Russell LePon hereby dismisses his claims against Defendant, Eli Lilly and Company, with prejudice. The parties will bear their own costs and counsel fees.

_____
Christiaan Marcum
Daniel O. Myers
H. Blair Hahn
Richardson, Patrick Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard
Building A
Mt. Pleasant, SC 29464

Attorneys for Plaintiff

_____
Nina M. Gussack
Sean P. Fahey
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

and

Jan M. Carroll
Terri L. Bruksch
Barnes & Thornburgh LLP
11 South Meridian Street
Indianapolis IN 46204
(317) 231-7265

Attorneys for Defendant Eli Lilly and Company

So ordered 8/9/6